**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Diana Smith, | |
|---|---|
| Plaintiff, | CV 05-0691-PCT-MS |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

The Court having considered Defendant's Motion to Amend its answer and good cause appearing,

IT IS ORDERED that:

1. Defendant's "Motion to Amend" (Doc. # 16) is GRANTED.

2. Defendant's Amended Answer lodged on September 14, 2005 shall be filed as of the date of the filing of this Order.

DATED this 28th day of September, 2005.

_____
Morton Sitver
United States Magistrate Judge